# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES BOURG and DEBORAH LYNN BRINSON, individually and as a Marital Community,<br><br>Plaintiffs,<br><br>-vs-<br><br>UNITED STATES OF AMERICA; CERNER CORPORATION; CERNER STATE & LOCAL GOVERNMENT SERVICES, CERNER HEALTH CONNECTIONS, INC.; CERNER HEALTHCARE SOLUTIONS, INC.; CERNER INNOVATION, INC.; CERNER INTERNATIONAL, INC.; CERNER LINGOLOGIX, INC.; CERNER MULTUM, INC.; CERNER PROPERTIES, INC.; CERNER PROPERTY DEVELOPMENT, INC. ORACLE CORPORATION; and UNKNOWN JOHN DOES,<br><br>Defendants. | **Case No.**    **2:23-CV-348-SAB**<br><br>**CIVIL MINUTES**<br><br>**DATE:**    **OCTOBER 22, 2024**<br><br>**LOCATION:**   BY VIDEO CONFERENCE<br><br>**INFORMAL DISCOVERY CONFERENCE HEARING** |

## Chief Judge Stanley A. Bastian

| Michelle Fox | 03 | Not Reported |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| **George Ahrend - lead**<br>**J. Andrew Hoyal** | | Cerner Counsel<br>**Mary Rose Alexander**<br>**Vanessa Power - lead**<br>**Dylan Glenn** |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** |

[ ] **Open Court**          [ ] **Chambers**          [ X ] **Telecon/Video**

[] **ORDER FORTHCOMING**

| CONVENED: 8:30 A.M. | ADJOURNED: 8:42 A.M. | TIME: 12 MIN. | CALENDARED    [ X ] |
|---|---|---|---|

*C. Bourg, et al.   –vs-  Cerner Corp., et al.*                                      October 22, 2024
2:23-CV-348-SAB                                                                      Page 2
Informal Discovery Conference Hearing


Court has reviewed the emails sent to chambers outlining the issues.

V. Power asking to direct plaintiff to amend their Rule 26 and include summaries.  Believe it is overbroad and impacts discovery.

G. Ahrend indicates they have identified 3 separate groups of individuals.
    Court asks how would Veteran's Affairs help.  G. Ahrend responds.

Court has reviewed all the responses.  The list does not comply with the spirit of the rule.  The list is useless. All individuals are stricken on the list.  Plaintiff should provide a meaningful list of individuals, addresses and numbers and a short statement with the spirit of the rule.  Defendant is entitled to a reasonable list.  If plaintiff does not comply with this informal list within 2 weeks, the defense may file a formal motion.  Sanctions may be imposed.