BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JONATHAN D. GUYNN
Deputy Assistant Attorney General, Torts Branch
GRANT TREASTER
Assistant Director, Torts Branch
MARTIN F. ST. AUBIN
Trial Attorney, Torts Branch
Post Office Box 888
Washington, D.C. 20044
Telephone: (202) 598-7486

TODD BLANCHE
Deputy Attorney General of the United States
JOHN T. DRAKE
DEREK T. TAYLOR
Eastern District of Washington
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES BOURG and DEBORAH LYNN BRINSON, individually and as a Marital Community, | Case No. 2:23-cv-00348-SAB |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | (CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) |
| UNITED STATES OF AMERICA; ORACLE HEALTH GOVERNMENT SERVICES, f/k/a CERNER GOVERNMENT SERVICES, INC.; and CERNER CORPORATION, | |
| Defendants. | |

NOTICE OF SETTLEMENT (CLAIMS ASSERTED AGAINST DEFENDANT
UNITED STATES) - 1

Defendant United States of America, through undersigned counsel, hereby gives notice that it has entered into a settlement agreement with Plaintiffs that resolves all claims that have been asserted against the United States. Defendant has submitted a request for payment of the settlement amount to the Department of the Treasury. Undersigned counsel anticipates that the payment will be issued within the next two to three weeks.

Defendant is aware that Plaintiffs and the Cerner Entity Defendants have been engaged in separate settlement negotiations, but Defendant does not know the status of those negotiations. This notice therefore only applies to the claims asserted by Plaintiffs against the United States.

DATED:    March 24, 2026.

BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JONATHAN D. GUYNN
Deputy Assistant Attorney General, Torts Branch
GRANT TREASTER
Assistant Director, Torts Branch
MARTIN F. ST. AUBIN
Trial Attorney, Torts Branch

*s/Martin F. St. Aubin*
Martin F. St. Aubin
Trial Attorney, Torts Branch

NOTICE OF SETTLEMENT (CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) - 2

TODD BLANCHE
Deputy Attorney General of the United States

*s/John T. Drake*
John T. Drake
Derek T. Taylor
Assistant United States Attorneys

*Attorneys for United States*

NOTICE OF SETTLEMENT (CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) - 3

### *Certificate of Service*

I hereby certify that on March 24, 2026, I electronically served all parties in the case who are registered users of the CM/ECF system

| | |
|---|---|
| Robert N. Gellatly | robert@luveralawfirm.com |
| Mark D. Kamitomo | mark@luveralawfirm.com |
| J. Andrew Hoyal, II | andy@luveralawfirm.com |
| Deborah L. Martin | deborah@luveralawfirm.com |
| Grant B. Gellatly | grant@luveralawfirm.com |
| Vanessa Soriano Power | vanessa.power@stoel.com |
| Mary Rose Alexander | mary.rose.alexander@lw.com |
| Robin M. Hulshizer | robin.hulshizer@lw.com |
| Dylan Glenn | dylan.glenn@lw.com |
| Dean W. Baxtresser | dean.baxtresser@lw.com |

And to the following non CM/ECF participants:  N/A


*s/ John T. Drake*
Assistant United States Attorney

NOTICE OF SETTLEMENT (CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) - 4