BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JONATHAN D. GUYNN
Deputy Assistant Attorney General, Torts Branch
GRANT TREASTER
Assistant Director, Torts Branch
MARTIN F. ST. AUBIN
Trial Attorney, Torts Branch
Post Office Box 888
Washington, D.C. 20044
Telephone: (202) 598-7486

TODD BLANCHE
Deputy Attorney General of the United States
JOHN T. DRAKE
DEREK T. TAYLOR
Eastern District of Washington
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES BOURG and DEBORAH LYNN BRINSON, individually and as a Marital Community,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ORACLE HEALTH GOVERNMENT SERVICES, f/k/a CERNER GOVERNMENT SERVICES, INC.; and CERNER CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-00348-SAB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>(CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) |

STIPULATION OF DISMISSAL (CLAIMS ASSERTED AGAINST DEFENDANT
UNITED STATES) - 1

The parties, through their respective counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of all claims and causes of action against Defendant United States of America, with prejudice, and without an award of attorney's fees or costs to any party.

This stipulation does not apply to Plaintiffs' claims against Defendant Cerner Entities, which remain pending.

DATED:     March 30, 2026.

BRETT A. SHUMATE
Assistant Attorney General, Civil Division
JONATHAN D. GUYNN
Deputy Assistant Attorney General, Torts Branch
GRANT TREASTER
Assistant Director, Torts Branch
MARTIN F. ST. AUBIN
Trial Attorney, Torts Branch

*s/Martin F. St. Aubin*
Martin F. St. Aubin
Trial Attorney, Torts Branch


TODD BLANCHE
Deputy Attorney General of the United States

*s/John T. Drake*
John T. Drake
Derek T. Taylor
Assistant United States Attorneys

*Attorneys for United States*

STIPULATION OF DISMISSAL (CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) - 2

LUVERA LAW FIRM

*s/Mark D. Kamitomo (per email auth.)*
Mark D. Kamitomo, WSBA No. 18803
Robert N. Gellatly, WSBA No. 15284
J. Andrew Hoyal, WSBA No. 21349
Grant B. Gellatly, WSBA No. 52629
Deborah L Martin, WSBA No. 16370

*Attorneys for Plaintiffs*


STOEL RIVES LLP

*s/Vanessa S. Power (per email auth.)*
Vanessa S. Power, WSBA No. 30777


LATHAM & WATKINS LLP

*s/Mary Rose Alexander (per email auth.)*
Mary Rose Alexander (*pro hac vice*)
Robin M. Hulshizer (*pro hac vice*)
Dean W. Baxtresser (*pro hac vice*)
Dylan Glenn (*pro hac vice*)

*Attorneys for Defendant Cerner Entities*

STIPULATION OF DISMISSAL (CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) - 3

### *Certificate of Service*

I hereby certify that on March 30, 2026, I electronically served all parties in the case who are registered users of the CM/ECF system

| | |
|---|---|
| Robert N. Gellatly | robert@luveralawfirm.com |
| Mark D. Kamitomo | mark@luveralawfirm.com |
| J. Andrew Hoyal, II | andy@luveralawfirm.com |
| Deborah L. Martin | deborah@luveralawfirm.com |
| Grant B. Gellatly | grant@luveralawfirm.com |
| Vanessa Soriano Power | vanessa.power@stoel.com |
| Mary Rose Alexander | mary.rose.alexander@lw.com |
| Robin M. Hulshizer | robin.hulshizer@lw.com |
| Dylan Glenn | dylan.glenn@lw.com |
| Dean W. Baxtresser | dean.baxtresser@lw.com |

And to the following non CM/ECF participants:  N/A


*s/ John T. Drake*
Assistant United States Attorney

STIPULATION OF DISMISSAL (CLAIMS ASSERTED AGAINST DEFENDANT UNITED STATES) - 4