STOEL RIVES LLP
Vanessa Soriano Power
600 University Street, Suite 3600
Seattle, Washington 98101
Tel.: +1 (206) 386-7553
Email: vanessa.power@stoel.com

LATHAM & WATKINS LLP
Mary Rose Alexander (pro hac vice)
Robin M. Hulshizer (pro hac vice)
Dylan Glenn (pro hac vice)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel.: +1 (312) 876-7700
Email: mary.rose.alexander@lw.com
Email: robin.hulshizer@lw.com
Email: dylan.glenn@lw.com

Dean W. Baxtresser (pro hac vice)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: +1 (202) 637-2200
Email: dean.baxtresser@lw.com

*Attorneys for Defendants Cerner Entities*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES BOURG and DEBORAH LYNN BRINSON, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CERNER CORPORATION; ORACLE HEALTH GOVERNMENT SERVICES, INC. f/k/a CERNER GOVERNMENT SERVICES INC.;<br><br>Defendants. | Case No. 2:23-cv-00348-SMB<br><br>**JOINT STATUS REPORT ON SETTLEMENT AND STIPULATED MOTION FOR STAY PENDING DISMISSAL**<br><br>**CLERK'S ACTION REQUIRED** |

Plaintiffs Charles Bourg and Deborah Lynn Brinson and Defendants Cerner Corporation and Oracle Health Government Services, Inc. f/k/a Cerner Government Services Inc. (collectively, the "Cerner Entities") inform the Court that the Parties have reached a settlement in principle. The Parties anticipate that key settlement terms will be complete by October 15, 2026.

Pending completion of key settlement terms, the Parties stipulate and jointly move the Court to stay the litigation through October 15, 2026, pending a further status update or notice of dismissal. The Parties thus ask that the Court stay remaining case deadlines and lift hearings and briefing associated with the following motions currently pending on the calendar: ECF No. 101 (Informal Discovery Conference on Defendants' Motion to Compel; ECF No. 102 (Defendants' Motion to Compel Independent Medical Examinations – Filed Under Seal); ECF No. 104 (Defendants' Motion for Leave to File Under Seal); ECF No. 105 (Defendants' Motion to Amend Case Schedule).

Dated: September 2, 2026

Respectfully submitted,

STOEL RIVES LLP

By /s/*Vanessa Soriano Power*

Vanessa S. Power, WSBA #30777
600 University Street, Suite 3600
Seattle, Washington 98101
Tel.: +1 (206) 386-7553
Email: vanessa.power@stoel.com

LATHAM & WATKINS LLP
Mary Rose Alexander (pro hac vice)
Robin M. Hulshizer (pro hac vice)
Dylan Glenn (pro hac vice)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel.: +1 (312) 876-7700
Email: mary.rose.alexander@lw.com
robin.hulshizer@lw.com
dylan.glenn@lw.com

Dean W. Baxtresser (pro hac vice)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: +1 (202) 637-2200
Email: dean.baxtresser@lw.com

*Attorneys for Defendants Cerner Entities*

DATED: September 2, 2026

*<u>/s Mark D. Kamitomo</u>*

LUVERA LAW FIRM
Robert N. Gellatly
Mark D. Kamitomo
J. Andrew Hoyal, II
Luvera Law Firm
421 West Riverside, Suite 1060
Spokane, WA 99201
Telephone: (509) 236-1370

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing ("NEF") to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

/s/ *Vanessa Soriano Power*
Vanessa S. Power, WSBA #30777
Stoel Rives LLP

*Attorney for Defendants Cerner Entities*



STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*