FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES BOURG and DEBORAH LYNN BRINSON, individually and as a Marital Community,<br>Plaintiffs,<br>v.<br>ORACLE HEALTH GOVERNMENT SERVICES, f/k/a CERNER GOVERNMENT SERVICES, INC, and, CERNER CORPORATION,<br>Defendants. | No. 2:23-CV-00348-SAB<br><br>**ORDER STAYING CASE** |

Before the Court is the parties' Status Report on Settlement and Stipulated Motion for Stay Pending Dismissal, ECF No. 106. Plaintiffs are represented by Deborah L. Martin, Grant B. Gellatly, J. Andrew Hoyal, II, Mark D. Kamitomo, and Robert N. Gellatly. Defendants are represented by Dean W. Baxtresser, Dylan Glenn, Mary R. Alexander, Robin M. Hulshizer, and Vanessa S. Power.

The parties indicate they have reached a settlement in principle, and request the Court stay proceedings and strike any pending deadlines or hearings while they finalize the settlement agreement.

The Court finds good cause to grant the request.

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Seal, ECF No. 104, and Motion to Amend/Correct Scheduling Order, ECF No. 105, are **STRICKEN with leave to refile**.

2. The Informal Discovery Hearing set for September 10, 2026, is **STRICKEN**.

3. All other pending deadlines and hearings in the above-captioned matter, including the trial date, are **STRICKEN**.

4. The Court's Fifth Amended Jury Trial Scheduling Order, ECF No. 95, is **STRICKEN**.

5. The above-captioned matter is **stayed** until **October 15, 2026**, at which time the parties shall file a Stipulation of Dismissal or a Joint Status Report addressing the parties' progress towards finalizing the settlement agreement.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this this 2nd day of September 2026.

Stan Bastian
Chief United States District Judge