FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES BOURG and DEBORAH LYNN BRINSON, Individually and as a Marital Community,<br>Plaintiffs,<br>v.<br>CERNER CORPORATION; *et al.*,<br>Defendants. | No. 2:23-CV-00348-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 108. Plaintiffs are represented by Deborah L. Martin, Grant B. Gellatly, J. Andrew Hoyal, II, Mark D. Kamitomo, and Robert N. Gellatly. Defendants are represented by Dean W. Baxtresser, Dylan Glenn, Mary R. Alexander, Robin M. Hulshizer, and Vanessa S. Power.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 15th day of October 2026.

Stan Bastian
Chief United States District Judge